IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| SCOTT ALLDER, § | |
| § | |
| Plaintiff § | |
| v. § | Civil Action No. 5:23-cv-00073-RWS-JBB |
| § | |
| TJ INSPECTIONS, *ET AL.*, § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT

Pursuant to the Court's Order dismissing the above-captioned case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim and for failure to amend as ordered. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 1st day of November, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE